BAARS v. CAMPBELL UNIV., INC.

No. 182P02

Case below: 148 N.C. App. 408

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 9 May 2002.

CREECH v. MELNIK

No. 63P02

Case below: 147 N.C. App. 471

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 March 2002.

DAVIS v. TRUS JOIST MacMILLAN

No. 79P02

Case below: 148 N.C. App. 248

Petition by plaintiff (Jose I. Troncony) for discretionary review pursuant to G.S. 7A-31 denied 9 May 2002.

DEADWOOD, INC. v. N.C. DEP'T OF REVENUE

No. 66PA02

Case below: 148 N.C. App. 122

Notice of appeal by defendant-appellant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 9 May 2002. Petition by defendant-appellant for discretionary review pursuant to G.S. 7A-31 allowed 9 May 2002.